United States District Court
Southern District of Texas
**ENTERED**
September 21, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MOUHAMMAD-MOUNIR CHARARA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-05078 |
| | § | |
| DRL GROUP L.P., | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Before the Court is United States Magistrate Judge Peter Bray's Memorandum and Recommendation filed on August 19, 2026. Doc. #31. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts Judge Bray's Memorandum and Recommendation (Doc. #31) in its entirety.

Accordingly, Plaintiff Mouhammad-Mounir Charara's Motion to Compel Immediate Disbursement of Settlement Funds (Doc. #11) and Motion to Disburse Funds from the Court Registry (Doc. #15) are hereby GRANTED. Furthermore, Intervenor Nicholas Parks' Cross Motion for Disbursement of Funds (Doc. #27) is hereby DENIED.

Finally, the Clerk of Court is hereby DIRECTED to immediately disburse $35,000 from the Court Registry to Plaintiff Mouhammad-Mounir Charara. The Court will enter a separate final judgment.

It is so ORDERED.

SEP 2 1 2026

Date

The Honorable Alfred H. Bennett
United States District Judge